11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Kevin Max
Hallberg

Appellant

Vs.                   No.
11-02-00140-CR B
Appeal from Collin County

State of Texas

Appellee

 

Appellant
has filed in this court a motion to withdraw his notice of appeal.  The motion is signed by both appellant and
his attorney.  The motion is granted.  TEX.R.APP.P. 42.2.

The
appeal is dismissed.

 

PER CURIAM

 

May 16, 2002

Do not
publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J.,
and

Wright, J., and McCall, J.